## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 2nd day of November, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

Mary Fagan Caloway , Esq.
Mark R. Owens, Esq.
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

_____
Mary E. Augustine (No. 4477)

607109v1